**David ELLIOTT, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 70344.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 3, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 30, 1997.

Application to Transfer Denied
April 29, 1997.

Nancy L. Vincent, Asst. Public Defender,
St. Louis, for movant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

**ORDER**

PER CURIAM.

Movant appeals from the dismissal of his Rule 24.035 motion without prejudice. The motion court dismissed the motion as prematurely filed because Movant has not yet been delivered to the Missouri Department of Corrections. Movant alleges the trial court erred in applying the delivery requirement because it denies him due process and is contrary to the stated goals of the rule. An extended opinion would have no precedential value. The parties have been furnished with a memorandum detailing our reasons for affirming the judgment of the trial court. Rule 84.16(b).

■

**Carl HEIDBRINK, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 70251.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 7, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 17, 1997.

Application to Transfer Denied
April 29, 1997.

Nancy L. Vincent, Asst. Public Defender,
St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Fernando Bermudez, Asst. Attorney General, Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Carl Heidbrink, appeals the judgment of the Circuit Court of Warren County denying his Rule 24.035 motion after an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the motion court's findings of fact and conclusions of law are not clearly erroneous. As we further find an extended opinion would serve no jurisprudential purpose, we affirm the decision of the motion court pursuant to Rule 84.16(b).